**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                              Criminal No. 10-mj-093-LM

<u>Edison Paulino</u>

**ORDER OF DETENTION PENDING TRIAL**

The defendant, Edison Paulino, has been charged by complaint with (1) knowingly transferring a false identification document knowing such document was lost, stolen or produced without lawful authority in violation of 18 U.S.C. § 1028(a)(2), and (2) unlawfully selling a card that is, or purports to be, a Social Security card issued by the Commissioner of Social Security, counterfeiting a Social Security card, or possessing a counterfeit Social Security card with intent to sell it in violation of 42 U.S.C. § 408(a)(7)(C).

On December 27, 2010, a detention hearing was held before Magistrate Judge Lynch.  Judge Lynch found that defendant was a serious flight risk and ordered him detained pending trial (doc. no. 3).  On January 4, 2011, defendant waived his preliminary hearing.  On January 7, 2011, defendant filed a Motion for Bail Hearing (doc. no. 8).  On today's date, the court held a hearing on that motion.  For the

reasons stated on the record, the court finds no reason to disturb Judge Lynch's detention order dated December 27, 2010 (doc. no. 3).

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  January 20, 2011

cc:  Bjorn R. Lange, Esq.
     Alfred J.T. Rubega, Esq.